AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Keelad Wright

07 - 783

Plaintiff

Robert George, Micheal costeNo, Himeline, Spangler Hang
SoSSex Community correctional center, C.M.S, CPl.Richard,
carl c. Dautberg, J. Mears, sgt Norwood, Adams
Defendant(s)  Richard Calvert,

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, Keelad Wright declare that I am the (check appropriate box)

Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under
28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

DEC - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    • Yes    • •No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____ SXCP

    **Inmate Identification Number (Required):** 431053

    Are you employed at the institution? NO  Do you receive any payment from the institution? NO

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months'
    transactions*

2.  Are you currently employed?    • • Yes    • No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a
        and give the name and address of your employer.   N/A

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home
        salary or wages and pay period and the name and address of your last employer.  N/A

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment    • • Yes    No
    b.  Rent payments, interest or dividends              • • Yes    No
    c.  Pensions, annuities or life insurance payments    • • Yes    No
    d.  Disability or workers compensation payments       • • Yes    No
    e.  Gifts or inheritances                             • • Yes    No
    f.  Any other sources                                 • • Yes    No

    If the answer to any of the above is "YES" describe each source of money and state the amount
    received *AND* what you expect you will continue to receive.   N/A

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.   Do you have any cash or checking or savings accounts?          • • Yes     ✓No

If "Yes" state the total amount $_____ 

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

• • Yes     ✓No

If "Yes" describe the property and state its value.



N/A

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

S          K     • • Aunt
E    &  F       - uncle
D     ' u       - cousin
T     '  u      - sister

I declare under penalty of perjury that the above information is true and correct.

✗ _____     ✗ Keenan Wood
    DATE                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

INMATE ACCOUNT STATEMENT

| **KEENAN WRIGHT** | **28-Aug-07** |
|---|---|
| NAME | SCCC ADMIT DATE |

**431053**

DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | BALANCE |
|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**

| R/B | room/board owed from previous visits to SWRU |
|---|---|
| MED = | Visits to medical |
| TRANS = | transportation owed from previous visits |
| P2 = | Pay to's submitted thru business office |
| DG = | Dollar General/commissary |
| TRANSF | Transfers to Other Institutions |
| SP. COURT | Superior Court |

**TYPE OF DEPOSITS**

| M/O = | money orders received outside of institution |
|---|---|
| B/R = | booking and receivng |
| CK = | checks |
| CASH | |
| I / W = | inmate wages |

**REQUEST FORM**
**FOR**
**INMATE ACCOUNT ACTIVITY STATEMENT**

Inmate Name: Wright  Keenan _____  SBI Number: 0043/053
(Last)          (First)        (M.I.)

Housing Unit: VOP / POD 1 _____

...........................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

Keenan Wright
Inmate Signature                                    Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: 11/27/07.

**INMATE ACCOUNT STATEMENT**

TO:   Inmate Name: Wright  Keenan _____
(Last)        (First)        (M.I.)
SBI Number: 0043/053
Housing Unit: VOP - POD 1

FR:   Inmate Account Technician

DA: 11/27/07

RE:   Summary Of Account
...........................................................

Attached is your account statement for the six month period of 8/28/07
through 11/27/01.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $_____.

Attachment

Notary