07 - 7 8 3 -

## AFFIDAVIT IN SUPPORT OF APPLICATION TO
## PROCEED *IN FORMA PAUPERIS*\*

I, _Raymond E. Blake_, being first duly sworn, depose and say

that I am the _Petitioner_ in the above-captioned case; in support of my

motion to proceed without paying Court fees and costs, or give security therefor,

state:

My date of birth is: _9-9-80_

My current address is:

_S VOP_

_23207 Dupont Blvd. Georgetown, DE. 19947_

**FILED**

DEC - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Because of my financial situation, I am unable to pay the costs of this

proceeding or give security therefor. In support of that statement, I supply the

following information:

1. Nature of claim or defense is: _I'm incarcerated and I don't work or have any means of financial aid._

2. Presently employed?

Yes _____    No _✗_

\* All requests for information must be supplied, if possible. Failure to supply information may
result in denial of your motion to proceed *in forma pauperis*.

3. If "Yes", state: 

    (a) Name and address of employer: 

    (b) How often paid: N /A

    (c) Take home pay per pay period:  N /A

4. If "No", state:

    (a) Name and address of last employer:  N /A

    (b) Date of last employment: N /A

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

    Yes _____     No _____ X

6. If "Yes", state:

    (a) Amount of income or gift, or its value:

        N /A

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(b) When received:    

(c) From whom or what received:    

(d) Whether regular or one time:    

7. List all property owned, whether held in your name alone or jointly with anyone else:

(a) Real estate:    

(b) Personal property (stocks, bonds, bank accounts, vehicles):


(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner:



8. If you have a spouse, state:

(a) Amount of any income received:



* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

(b) Source          N/A

(c) Frequency income is received:

N/A

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State?          yes

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case.  The District Courts I don't Know my case # off hand as of Now

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) If the answer to (a) above was yes, state the outcome of each action

or appeal.                  *still in progress*

11. If you are a prisoner <u>and</u> your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies.      *yes I've exhausted all remedies*

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.      *Alright*

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)

*N/A*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(b) Bank accounts, listing bank, account number(s) and current

balance(s).                         $N/A$

13. Itemize debts and regular monthly expenses:

$N/A$

14. List names and addresses of any dependents:

$J$ ̶    $B.$   - Daughter
$Q.$    $G$  - son
$B$     $B$ ̶  - Brother
claudia Brittingham - Grandmother

I,  Raymond E. Blake , swear or affirm that the above-

information is true and correct and is made under penalty of perjury.

Ray Blake

DATED:  $1-26-07$

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this ___26th___ day of

___November___ ,___2007___.

_____ Raymond C. Blake

Title

INMATE ACCOUNT STATEMENT

**RAYMOND BLAKE**

NAME

2-Nov-07

SCCC ADMIT DATE

377092

SBI#

DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | | BALANCE |
|------|----------|-----------------|---------------|------------------|------|---------|
| | $0.00 | | $0.00 | | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | | $0.00 |

**$0.00**

OPENING BALANCE

**$0.00**

ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**

R/B         room/board owed from previous visits to SWRU

MED =       Visits to medical

TRANS =     transportation owed from previous visits

P2 =        Pay to's submitted thru business office

DG  =       Dollar General/commissary

TRANSF      Transfers to Other Institutions

SP. COURT   Superior Court

**TYPE OF DEPOSITS**

M/O  =      money orders received outside of institution

B/R  =      booking and receivng

CK =        checks

CASH

I / W =     inmate wages

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Blake    Raymond  E    SBI Number: 377092
      (Last)      (First)   (M.I.)

Housing Unit: #9

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____
Inmate Signature

_____
Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: 11/16/07.

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: Blake    Raymond  E.
               (Last)    (First)   (M.I.)
      SBI Number: 377092
      Housing Unit: #9

FR:    Inmate Account Technician

DA: 11/16/07

RE:    Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of _____, _____ through _____, _____.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _____.

Attachment

Notary