(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Keenan Wright  431055_
(Name of Plaintiff)    (Inmate Number)

_19947_

_23207 Dupont Blvd Georetown_
(Complete Address with zip code)

(2) _Raymond E. Blake  377092_
(Name of Plaintiff)    (Inmate Number)

_23207 Dupont Blvd. Georgetown, DE.
19947._
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

1. _C/O means_
2. _Staff Lt. Michaet. Costello_
3. ® _Sussex Community Correctional Center_
4. ® _C.M.S. - Correction Medical Service_
5. ® _Cpl. Richard Calvert_
6. ® _Carl C._ (Names of Defendants)
7. ® _Robert George_
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

_~ 0 7 - 7 8 3 ~_

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

(yes)

Jury Trial Requested

**FILED**

DEC – 3 2007

**U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

_NO_

_was scanned
IFP_

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution?   •✗Yes   • •No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims?   ✗Yes   • •No

C.   If your answer to "B" is Yes:

1. What steps did you take? We filed several grievances and negative results were brought forth at all levels.

2. What was the result? Negative results.

D.   If your answer to "B" is No, explain why not: N/A

## III.   DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Correctional officer J. Mears

Employed as Correctional officer at S.V.O.P

Mailing address with zip code: 23207 Dupont, Blvd. Georgetown, DE. 19947

(2) Name of second defendant: Micheal Costello

Employed as Staff Lieutenant at S.V.O.P

Mailing address with zip code: 23207 Dupont, Blvd. Georgetown, DE. 19947

(3) Name of third defendant: Sussex Community Correctional center

Employed as Entire organization at Entire organization

Mailing address with zip code: 23207 Dupont, Blvd. Georgetown, DE. 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

4. (Name) C. M. S. — Correctional medical service

Employed as medical service at S.V.O.P

mailing 23207 Dupont Blvd. George town, DE. 19947

5. (Name) CPl. Richard Calvert

Employed as Corprol at S.V.O.P

mailing 23207 Dupont, Blvd. Georgetown, DE. 19947

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 10-23-07 Richard Calvert maSed petitioner Keenan Wright and beat him with the car of MASE so hard and bad that keenan wright had to receive intensive medical treatment / Since 11-1-07 Raymond E. Blake was forced to drink rust water up until his

2. Release date 2-5-08 causing him to receive intensive medical treatment. C/o mears, staff Lt. Costello, warden Robert George etc. Denied petitioner's access to the tele phones to contact their attorneys. They denied access to legal information and threatened to bring forth bodily harm

3. to petitioner's. The petitioner's received intensive sanctions in the S.V.O.P facility for no reason at all. And their was intensive retaliation inflicted on both petitioner's when the abuse was grieved.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. We want to be compensated for punitive and compensatory damages for the abuse that we suffered in the amount of $1,000,000.00 (one million Dollars per defendant).

2. On-11-21-07 to 12-07-07 Theodore Rollins was forced to drink rust water by all above mentioned Defendants.

on 11-9-07 to 12-07-07 Takoma Medley was forced to drink rust water by all above mentioned Defendants.

3. On 11-1-07 to 11-28-07. Karl Owens was forced to drink rust water by all above mentioned Defendants.

All Petitioner's suffered massive injuries from All said above mentioned Defendant's who were in A culpable state of mind. Defendant's deliberately inflicted Massive amounts of injuries to Petitioner's.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of November, 2007.

① Keenan Wright
(Signature of Plaintiff 1)

② Theodore Rollins
(Signature of Plaintiff 2)

③ Takoma N. Medley Jr.
(Signature of Plaintiff 3)

④ Karl Owens.

⑤ Raymond E. Blake

⑥ _____

4

⑦ _____

*Additional Defendant(s)*

3) Name: Theodore Rollins   Inmate #: 392812

Complete Address: 38 Todds Lane Wilmington, DE. 19802

4.) Name: Takoma Medley   Inmate # 257334

Complete Address: 308 Oak Rd. Seaford, DE. 19973

5.) Name: Karl Owens   Inmate #: 428918

Complete Address: 38 Todds Lane Wilmington, DE. 19802

Additional Defendant(s)

(6.) Name: Robert George

Employed As: Warden   at   S.V.O.P

mailing address: 23207 Dupont, Blvd. Georgetown, DE. 19947

7.) Name: Carl C. Danberg

Employed as: Commissioner of corr. at Dover

mailing address: 245 McKee Rd. Dover, DE. 19904

8.) Name: Richard Norwood

Employed as: Sergeant at SVOP

mailing address: 23207 Dupont Blvd. Georgetown, DE. 19947

9.) Name: Adams

Employed as: Corpol at SVOP

mailing address: 23207 Dupont Blvd. Georgetown, DE. 19947

10.) Name: Hanna

Employed as: Correctional Officer at SVOP

mailing address: 23207 Dupont Blvd. Georgetown, DE. 19947

11.) Name: Hineline

Employed as: Sergeant at SVOP

mailing address: 23207 Dupont Blvd. Georgetown, DE. 19947

12.) Name: Spangler

Employed as: Sergeant at SVOP

mailing address: 23207 Dupont Blvd. Georgetown, DE.

TO: Mr. Warden George,

My name is Raymond E. Blake and I m writting you on behalf of myself and the rest of the residents here at this SVOP facility. Mr. Warden we have a serious problem that needs to be addressed immediately!

The water here at your facility has rust in it and it's A serious human health hazard. I along with several other residents of this facility have complained to your staff team and they're all directing the complaints to you and the maintenance people. We've written several grievances about this Dire emergency only to return with negative results, No one responded! You're made aware now and if you don't solve this problem we'll get the district courts involved. I Promise!

witnesses who were and still are

affected by this svop Rusty water.

| NAME | sDI # | POD | DATE |
|---|---|---|---|
| Anthony D. Goines | 217795 | Pod -10 | 11/9/07 |
| David J Leavitt | 588400 | Pod - 10 | 4/9/07 |
| W. Wise | 140788 | pood. 10 | 11-09-07 |
| 1 Alden S. Common | 281691 | Pod - 10 | 11-09-0? |
| ISAIAH SMILEY | 309273 | POD - 10 | 11-09-0? |
| Donald G. Hamaker, Jr. | 402635 | Pod - 10 | 11- 09-07 |
| L. Dwayne Bradley | 484-874 | Pod - 10 | 11/09/0 |
| | 497031 | Pod-10 | 11-09-07 |
| i-Tou Blue | | Pod-10 | 11-09-0. |
| . Keynan Hunter | 442215 | Pod-10 | 11—09-? |
| . Michael lambert | 349010 | Pod-10 | |
| . Lorenzo BLUE | 498-236 | pod 10 | 11-09? |
| 2 Michael Washington | 442610 | POD 10 | 11-9-0 |
| 3. Jayare Watson | 441638 | Pod 10 | 11-9-0 |
| 4. Keith Taylor | 582538 | Pod 10 | 12-9-0? |
| 5. Joseph WALLACE | 498-429 | pod 10 | 11-9-07 |
| 6. Charles LeCato | 209822 | | 11-9-0 |
| 7. MARTY ROBERTS | 174059 | #7 | 11-9-0? |
| 8 Jerome Bell | 288217 | 7 | 11-9-0 |
| 9. Keith Maye | 444911 | Pod-9 | 11-9-07 |
| 10. David L. Johnson | 453894 | Pod b | 11-9-0 |
| 11 David Preston III | 543791 | | |

| Name | | | |
|---|---|---|---|
| T. Trovse Fisher | 454802 | Pod 6 | 11-9-07 |
| Carlos A. Ortiz | 352803 | Pod 7 | 11-9-07 |
| Robert Collins | 301629 | Pod 7 | 11-9-07 |
| Wayne Wilson | 435754 | Pod 7 | 11-9-07 |
| Michael Allen | 310099 | Pod 6 | 11-9-07 |
| Keith Lawson | 341937 | Pod 9 | 11-9-07 |
| 3. Ricky Truitt | 228532 | Pod 10 | 11-9-07 |
| Marvin Hicks | 0581340 | Pod 10 | 11-9-07 |
| William More | 245657 | Pod 10 | 11-9-07 |
| Daniel Davis | 255781 | Pod 10 | 11-9-07 |
| 2. Chris Eges | 566719 | POD 10 | 11-9-07 |
| 3. Robert Battle | 544981 | Pod 10 | 11-9-07 |
| 4. Patrick N. Devonshire | 488531 | " " | 11-9-07 |
| 5. Manuel Vazquez | 573109 | Pod #10 | 11-9-07 |
| 6. Earnest Jones | 527047 | Pod #10 | 11-9-07 |
| 7. Lamar Jones | 569021 | Pod #10 | 11-9-07 |
| 8. Damon Jones | 494346 | Pod #9 | 11-15-07 |
| 9. | | | |
| 10. | | | |

- Vernon Moon | 465076 | # 9 | 11/16/07
2. Kenan wright | 4/31053 | #1 | 11-22-07
3. Chad Uly | 295870 | #1 | 11-22-07
4. Danny Jose | 576292 | #1 | 11-22-07
| | #1 | 11-22-07
5. Anthony Watkins | |
6. Rodney Scarber | | #1 | 11-22-07
7. RICH HOGAN | 207204 | #1 | 11·22·07
8. James Pettit | 185146 | #1 | 11/22/07
9. William O'Conner | 500434 | #1 | 11/22/07
0. Henry Boss | 459418 | #1 | 11/20/07
1. Jahome Medley | 257334 | #1 | 11/22/07
2. Orlando Bland | 257424 | #1 | 11/22/07
3. Kul Owens | 428-918 | #1 | 11/22/07
4. Theothe Rollins | 392812 | #1 | 11/22/07
5.
6.
7.
8.

FORM #584

**GRIEVANCE FORM**

FACILITY: _SVOP_        DATE: _11/6/07_

GRIEVANT'S NAME: _Raymond E. Blake_ SBI#: _377092_

CASE#: _N/A V-07-254_    TIME OF INCIDENT: _On Going_

HOUSING UNIT: _POD #10_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
My name is Raymond E. Blake and I am writing
in regards to this un sanitary health risk to human beings
water here at this SVOP facility. This water turned
my wash clothe green and I believe it's the cause to my
Kidneys hurting every night. It's causing my back to break out
in hives and my skin is peeling off on my legs
as well. I'm scared to drink the liquids from this facility
and liquids are essential to the human survival.

ACTION REQUESTED BY GRIEVANT: _Please Respond immediately!_

GRIEVANT'S SIGNATURE: _Ray Blake_    DATE: _11/6/07_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _X_(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

Work Order
Submitted
11/6/07

FORM #584

GRIEVANCE FORM

FACILITY: SVOP          DATE: 11-16-07

GRIEVANT'S NAME: Raymond E. Blake   SBI#: 377092

CASE#: N/A V-07-266   TIME OF INCIDENT: On going problem

HOUSING UNIT: #9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I'm writing because you people keep cutting
the phone lines off hindering me from communicating with
my Attorney. This is A clear federal violation of
my sixth and eighth Amendment right. I'm tired of
this mistreatment and I've written letters to Ruth Ann Minner
and Carl C. Danberg. making them aware of this ongoing
situation.

ACTION REQUESTED BY GRIEVANT: Please investigate and or
respond to this plain violation.

RIEVANT'S SIGNATURE: Ray Blake          DATE: 11-16-07

AS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

RIEVANT'S SIGNATURE: _____   DATE: _____

Not Grievable
Phones Are A
Privilege

UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

FORM #584

GRIEVANCE FORM

FACILITY: SVOP                          DATE: 11-16-07

GRIEVANT'S NAME: Raymond E. Blake   SBI#: 377092

CASE#:        N/A  1-07-261    TIME OF INCIDENT: on going problem!
                    # 9
HOUSING UNIT:

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern;
my name is Raymond E. Blake and I'm
writting in regards to 11-13-07. The day when staff Lt.
Costello came to notify the pods that the water was
being treated and tested. Mr. Costello informed the pods
that the water was safe to drink and that we needed
to keep it running for at least a half hour. well it's still
causing my Kidney's to hurt and it still looks and taste
like rust. what's going on here?

ACTION REQUESTED BY GRIEVANT: Please investigate this problem
and get outside help on this issue!

GRIEVANT'S SIGNATURE: Ray Blake          DATE: 11-16-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

Report Ser.
V-07-254
dated 11/10/07

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _SVOP_          DATE: _11-20-07_

GRIEVANT'S NAME: _Raymond E. Blake_    SBI#: _377092_

CASE#: _ITA V-07-276_    TIME OF INCIDENT: _ON GOING Problem!_

HOUSING UNIT: _POD #9_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
my name is Raymond E. Blake and I'm writting in regards to
the ongoing mistreatment that I am receiving here at this SVOP
facility. I was written up by C/O J. Megis on 11-13-07 for disorderly
behavior, because I asked him to cut the Pod telephones on so I could contact
my attorney. I went to the MDT board today and sgt. Norwold, Lt. Costello, and
mr. Adams found me guilty of the charge without me ever getting the opportunity
to face my accuser. They never told me my rights and they never allowed me
to appeal the decision! This is wrong and I feel like I'm being
retaliated against, because I confronted the warden about this rust in the
water. It's illegal to deny unsentenced detainees access to the telephones!

ACTION REQUESTED BY GRIEVANT: _____
I would like to have an intense investigation on this
whole ordeal. I would like to have a response at your earliest
convenience!

GRIEVANT'S SIGNATURE: _Ray Blake_          DATE: _11-20-07_

VAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

RIEVANT'S SIGNATURE:_____          DATE:_____

DISCIPLINE 15
NOT A GRIEVENSE!
ISSUE

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP                          DATE: 11-21-07

GRIEVANT'S NAME: Raymond E. Blake     SBI#: 37709

CASE#: 1/4 V-07-279                   TIME OF INCIDENT: on going Problem!

HOUSING UNIT: POD #1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I'm writing because I am receiving an ongoing retaliation and
or harrassment from staff Lt. Costello. Staff Lt. Castello wrote
me up because I wrote him a letter asking him to enter a
Appeal from the MDT board's decision in which they found me guilty of
Disorderly behavior for asking an officer to utilize the telephone to
contact my attorney. I read my manuel and it clearly says to write him if
you have "problems" with the MDT board. He moved me to POD#1 sanction
pod and told me that he's going to kill me real soon!

ACTION REQUESTED BY GRIEVANT: Please help me, because I'm in fear
of my life. I feel like staff Lt. Castello and the warden
are trying to kill me, because I documented the many of
violations in this building to the district court!

GRIEVANT'S SIGNATURE: Ray Blake           DATE: 11-21-07

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

witnesses          SBI#
1. Greg Hawkes     374876
2. Robert Valentine 350269

April '97 REV

| Name | SBI# |
|---|---|
| 5. Eric Teel | 394876 |
| 6. Oscar Jones | 194925 |
| 7. Ronald Cannon | 502250 |
| 8. | |

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _SVOP_                        DATE: _11-22-07_

GRIEVANT'S NAME: _Raymond E. Blake_  SBI#: _377092_

CASE#: _N/A V-07-281_  TIME OF INCIDENT: _On going Problem!_

HOUSING UNIT: _POD # 1_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I'm writting for documentation of the on going retaliation
that I'm receiving from Warden Robert George's staff team.
Every since I've complained about Warden George mistreating me
and my fellow SVOP residents by making us drink rust water.
I've been getting attacked by staff Lt. Costello and the rest
of their goons. They've placed me on a sanction pod preventing me
from contacting my attorney or family members. They've threatene
to mase me and kill my nigger ass on several occassion.
I'm in fear for my life down here and I've contacted Ruth Ann
Carl C. Danberg and the Internal Affairs about this mistreatment manner.

ACTION REQUESTED BY GRIEVANT:
Please investigate this ongoing Retaliation
that I am receiving at this SVOP Facility. Thanks
for your time & patience!

GRIEVANT'S SIGNATURE: _Ray Blake_          DATE: _11-22-07_

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____ (YES)   _____ (NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Raymond E. Blake
SBI# 377092
23207 DuPont, BLVD Georgetown DE
19947



FIRST CLASS MAIL

Clerk of the office
U.S District court
LOCKBOX 18
844 N. King street
wilmington, DE, 19801

U.S.M.S.
X-RAY