07CV 783

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 DEC 26  PM 2: 41

RETURN TO SENDER
not here

NIXIE          197    DC 1        00 12/23/07

NOT      RETURN TO SENDER
DELIVERABLE  AS ADDRESSED
UNABLE TO  FORWARD

BC:  19899001818        *0927-11019-12-40

07cv783

Takoma Medley
SBI #257334
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

**Utility Events**

1:07-cv-00783-UNA Wright et al v. Mears et al
PaperDocuments

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 12/12/2007 at 3:14 PM EST and filed on 12/12/2007

**Case Name:**    Wright et al v. Mears et al
**Case Number:**   1:07-cv-783
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb)

**1:07-cv-783 Notice has been electronically mailed to:**

**1:07-cv-783 Notice has been delivered by other means to:**

Raymond E. Blake
SBI# 377092
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Takoma Medley
SBI #257334
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Karl Owens
SBI# 428918
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Theodore Rollins
SBI #392812
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Keenan Wright

SBI# 431053
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947