

07CV783 JJF
K. OWENS

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 DEC 26  PM 2: 41

NIXIE        197        DE    1        00  12/19/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19899001818        *0927-11020-12-40

07CV 783 5JF

Karl Owens
SBI# 428918
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

# Utility Events

1:07-cv-00783-UNA Wright et al v. Mears et al

PaperDocuments

## U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 12/12/2007 at 3:14 PM EST and filed on 12/12/2007

**Case Name:**      Wright et al v. Mears et al
**Case Number:**    1:07-cv-783
**Filer:**
**Document Number:** No document attached

### Docket Text:

Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb)

### 1:07-cv-783 Notice has been electronically mailed to:

### 1:07-cv-783 Notice has been delivered by other means to:

Raymond E. Blake
SBI# 377092
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Takoma Medley
SBI #257334
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Karl Owens
SBI# 428918
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Theodore Rollins
SBI #392812
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Keenan Wright

SBI# 431053
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947