07-783 JJF
T. Rollins

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S.
X-RAY

FILED
DEC 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NIXIE        197    DE 1         00    12/19/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19899001810        *0927-11021-12-40*

RETURN TO SENDER

neopost
12/12/2007
$00.410
Mailed From 19501
US POSTAGE

Theodore Rollins
SBI #392812
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

## Utility Events

1:07-cv-00783-UNA Wright et al v. Mears et al
PaperDocuments

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 12/12/2007 at 3:14 PM EST and filed on 12/12/2007
**Case Name:**      Wright et al v. Mears et al
**Case Number:**    1:07-cv-783
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb)

**1:07-cv-783 Notice has been electronically mailed to:**

**1:07-cv-783 Notice has been delivered by other means to:**

Raymond E. Blake
SBI# 377092
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Takoma Medley
SBI #257334
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Karl Owens
SBI# 428918
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Theodore Rollins
SBI #392812
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Keenan Wright

SBI# 431053
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947