12-17-07

To whom it may concern,

My name is Raymond E. Blake SBI#377092 case # 1:07-cv-749 JJF. And I am writting in request to combine case # 1:07-cv-783 JJF. Plaintiff's to my 1:07-cv-749 JJF, because I'm the lead Plaintiff in both cases and both cases are Pertaining to the same situation so I don't see any reason in loading up the court calendar for the same issues. So I respectfully request to drop all named Defendant(s) in case # 1:07-cv-783 and add all Plaintiff's and Defendant(s) to 1:07-cv-749 JJF Amended complaint. Thanks for your time & patience!

FILED
DEC 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully submitted,

Ray Blake

Raymond E. Blake
SBI# 377092
SCCC/SVOP
23207 Dupont Blvd.
Georgetown DE