IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEENAN WRIGHT, RAYMOND E. BLAKE, THEODORE ROLLINS, TAKOMA MEDLEY, and KARL OWENS, : : : : Plaintiffs, : : v. : : C/O MEARS, STAFF LT. MICHEAL COSTELLO, SUSSEX COMMUNITY CORRECTIONAL CENTER, C.M.S., CPL. RICHARD CALVERT, CARL C. DANBERG, ROBERT GEORGE, RICHARD NORWOOD, ADAMS, HANNA, HINELINE, and SPRANGLER, : : : : : : : : : Defendants. : | Civil Action No. 07-783-JJF |

### O R D E R

WHEREAS, Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 13, 2007, the Court entered an Order requiring Plaintiff Karl Owens, within 30 days from the date the Oder was sent, to submit a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or he would be dismissed from the case (D.I. 8);

WHEREAS, to date, the required documents have not been received from Plaintiff Karl Owens;

THEREFORE, at Wilmington this 21 day of February, 2008, IT IS HEREBY ORDERED that Plaintiff Karl Owens is **DISMISSED** **WITHOUT**

**PREJUDICE** as a Plaintiff in this case.

                                                                                                                                    /s/ Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE