07-783 JJF

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

NIXIE      197    DE 1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19899001818      *1527-08943-23-41

Sussex Correctional Institution (SCI)
P.O. Box 500
Georgetown, DE 19947

Takoma Medley
409 N. Scott Street
Wilmington, DE 19805

Theodore Rollins
SBI #392812
Plummer Community Corrections Center
38 Todds Lane
Wilmington, DE 19805

Keenan Wright
SBI# 431053
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/21/2008] [FileNumber=523639-0]
[138a21f8e556fa75deaff406c46fc88ff62bea832f4fd38217c941ec6a770e116434
5107706ad7c97e98b69f716a86eb17f4d79cfb80ff42d2b44c8f743b134b]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEENAN WRIGHT, RAYMOND E. :
BLAKE, THEODORE ROLLINS, :
TAKOMA MEDLEY, and KARL OWENS, :
　　　　　　　　　　　　　　　　 :
　　　Plaintiffs, :
　　　　　　　　　　　　　　　　 :
　　　v. : Civil Action No. 07-783-JJF
　　　　　　　　　　　　　　　　 :
C/O MEARS, STAFF LT. MICHEAL :
COSTELLO, SUSSEX COMMUNITY :
CORRECTIONAL CENTER, C.M.S., :
CPL. RICHARD CALVERT, CARL C. :
DANBERG, ROBERT GEORGE, RICHARD :
NORWOOD, ADAMS, HANNA, :
HINELINE, and SPRANGLER, :
　　　　　　　　　　　　　　　　 :
　　　Defendants. :

## O R D E R

WHEREAS, Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 13, 2007, the Court entered an Order requiring Plaintiff Karl Owens, within 30 days from the date the Oder was sent, to submit a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or he would be dismissed from the case (D.I. 8);

WHEREAS, to date, the required documents have not been received from Plaintiff Karl Owens;

THEREFORE, at Wilmington this 21 day of February, 2008, IT IS HEREBY ORDERED that Plaintiff Karl Owens is **DISMISSED WITHOUT**

**PREJUDICE** as a Plaintiff in this case.

*[signature]*
UNITED STATES DISTRICT JUDGE