To: STAFF LT. Costello
From: Offenders of POD #8
Re: Incident Report For 10-23-07 and "Pink Chicken"
Date: 10-23-07

Dear Sir,

On 10-23-07 appox. 10 offenders from POD #8 were advised to put their Boots on and prepare for work. Upon Cpl. Calverts arrival to POD #8, The offenders Reported to the Red Line as Policy states. Cpl. Calvert then Began to Call Names for work, after completing his List; witness's state Cpl. Calvert stopped offender Keenan Wright and stated "I'm Glad Your with Me-" "I'm Going to Spin you today" (a threat). Cpl. Calvert then Stated "Oh I Can See in your face your Not a Beleiver, I'm Going to Make you a Beleiver!" (a second threat) Next Cpl. Calvert stated "I you even smile wrong, or say anything Yo will Beleive!" (threat #3). Then offender Wright stated "I Don't want any problems sir", and Reported to the Staging area - Then to work area #20. At work offender's were assigned jobs. Offender Wright was assigned to Clean trucks until Break time. At Break time offender Wright was sitting on the trailer taking a Break, when Cpl. Calvert approched offender Wright and stated "This is A Demand" "Get up and Go to work" offender Wright Complied. Then Cpl. Calvert stated "Your work is Half Assed"; "Your Break is Now over"; that he hoped their wasn't a problem. The Day ended and the Offenders were 10-2, the Offenders were then 10-7 as well as Cpl. Calvert. Before exiting the VAN the offenders were ordered to "Shut up" their talking was Done until arrival at there PoD's. Cpl. Calvert Began strip searching and Looking from the Strip Room to the foot Prints and yellow line. Witness stated that Cpl. Calvert went to the foot Prints/yellow line and approched

Offender Wright and stated "Oh you can't keep your Mouth shut" offender Wright stated "Sir I wasn't talking" Suddenly Cpl Calvert came from Behind Spraying offender Wright, on instinkt offender Wright moved AWAY from the Cpl. Cpl. Calvert persuided offender Wright and emptying his Capstum Began to Strike offender Wright about the Head and Face. offender wright could only lay down in a "Fetal Position" trying to fend off this attack. Road Crew, and trade Shop Workers looked on as Cpl. Calvert aggesivly continued to Beat offender Wright in front of the Laundry Room Staging area, Kitchen and Gaytor Parking. Officer Polk, who was Working the Bubble area then Called a Code, Back-up Staff arrived and offender Wright was then shackled and Hand-Cuffed then taken to a holding Cell. After appx 5.min Medical Brought the offender Back to the Foot Prints. After stating that he was going to Be ok. offender Wright was then strip Searched and Returned Back to his Pod By Cpl. Calvert.

On the Weekend of "Punkin Chunkin" Cpl. Calvert was Quoted as Saying of the Workers "You can't expect much from these Niggers". Unfortunatly the Cpl. made this Statement to a Lady who had adopted a mixed Daughter Upsetting Her very much! She asked; For obvious Reasons, that Cpl. Calvert not Return to the Punkin' Chunkin' Festival.

Sir; We are Not trying to be Part of the Problem, but Part of a Solution. Yes, we have make alot of mistakes and are trying to change our lives. We are trying to abide By your Rules and only feel We Don't Deserve to Be Beaten.



IM [name]
SBI# 131003
UNIT 2
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003