

**Other Orders/Judgments**
1:07-cv-00783-JJF Wright et al v. Mears et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 5/1/2008 at 11:36 AM EDT and filed on 4/29/2008
**Case Name:**            Wright et al v. Mears et al
**Case Number:**       1:07-cv-783
**Filer:**
**Document Number:** 19

**Docket Text:**
ORDER Directing Plaintiffs Takoma Medley and Theodore Rollins to either pay the balance of the filing fee owed ($350.00), or submit new IFP applications. Failure to submit items within 30 days will result in dismissal of plaintiffs claims without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 6/2/2008.. Signed by Judge Joseph J. Farnan, Jr. on 4/29/2008. (nms)


**1:07-cv-783 Notice has been electronically mailed to:**

**1:07-cv-783 Notice has been delivered by other means to:**

Raymond E. Blake
SBI# 377092
Sussex Correctional Institution (SCI)
P.O. Box 500
Georgetown, DE 19947

Takoma Medley
409 N. Scott Street
Wilmington, DE 19805

Theodore Rollins
914 Kirkwood St.
Wilmington, DE 19801

Keenan Wright
SBI# 431053