IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEENAN WRIGHT, RAYMOND E. BLAKE, THEODORE ROLLINS, and TAKOMA MEDLEY, :<br><br>    Plaintiffs,          :<br><br>        v.                :   Civil Action No. 07-783-JJF<br><br>C/O MEARS, et al.,       :<br><br>    Defendants.          : | |

### ORDER

WHEREAS, Plaintiffs, Takoma Medley ("Medley"), Theodore Rollins ("Rollins"), and Raymond Blake were prisoners incarcerated within the Delaware Department of Correction at the time they filed their Complaint under 42 U.S.C. § 1983, along with applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on December 13, 2007, the Court entered an order granting leave to proceed in forma pauperis, requiring Medley, Rollins, and Blake, along with the other named Plaintiffs, to pay the $350.00 filing fee, jointly and severally, as determined by statute (D.I. 6);

WHEREAS, on December 26, 2007, the Court was notified that Medley is no longer incarcerated; on March 7, 2008, the Court was notified that Rollins is no longer incarcerated; and on May 28, 2008, an Order sent to Blake in a separate case, Civ. Action No. 07-230-JJF (D.I. 29), was returned indicating that Blake had been

released and is no longer incarcerated;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003);

WHEREAS, on April 29, 2008, the Court ordered Medley and Rollins to either pay the filing fee they owe ($350.00) or to each submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the Order (D.I. 19);

WHEREAS, the time has lapsed and neither Medley nor Rollins have complied with the Court's order of April 29, 2008;

THEREFORE, at Wilmington this 16 day of June, 2008, IT IS HEREBY ORDERED that:

1. Plaintiffs Takoma Medley and Theodore Rollins and their claims are **DISMISSED WITHOUT PREJUDICE**.

2. Within **thirty days** from the date of this Order, Plaintiff, Raymond Blake shall either pay the balance of the filing fee owed ($350.00) **or** shall submit a new standard form application to proceed without prepayment of fees and affidavit so the Court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE:** The failure of Raymond Blake to timely comply with this Order shall result in dismissal of his claim without prejudice.

                                                    UNITED STATES DISTRICT JUDGE