

**Other Orders/Judgments**
1:07-cv-00783-JJF Wright et al v. Mears et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/19/2008 at 11:05 AM EDT and filed on 6/16/2008
**Case Name:**       Wright et al v. Mears et al
**Case Number:**     1:07-cv-783
**Filer:**
**Document Number:** 21

**Docket Text:**
**ORDER Directing Plaintiff Ryamond Blake to either pay the balance of the filing fee owed ($350.00), or submit new IFP application. Failure to submit items within 30 days will result in dismissal of plaintiff claims without prejudice. (Copy to pltf. with Mag. Consent Form.) Setting Deadlines: ( Notice of Compliance deadline set for 7/21/2008.) Takoma Medley and Theodore Rollins terminated (see Order for further details.). Signed by Judge Joseph J. Farnan, Jr. on 6/16/2008. (nms)**

**1:07-cv-783 Notice has been electronically mailed to:**

**1:07-cv-783 Notice has been delivered by other means to:**

Raymond E. Blake
1821 W. 4th Street
Wilmington, DE 19805

Keenan Wright
SBI# 431053
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/19/2008] [FileNumber=585652-0]
[c203c22fc991f496c75450f2393af34930847c76ad107eba14898b5b3009fdf628d5
4fad2d69b1bab6dffbb56bda93773095b4f4a614a7635d06e0b849bf20d2]]