

07-125 JJF
07-405 JJF
07-149 JJF
07-783 JJF

8-22-08

To whom it may concern,

My name is Raymond E. Blake
SBI # 377092; And I am writting
to inform the courts that I am
incarcerated at the Sussex Correctional
Institution, Georgetown DE 19947
I would like all legal information
forwarded to this legal address
so I can pursue my lawsuits.
I'm involved in several case
numbers and I intend on
pursuing them all. So please
forward all documents to this
address:

Raymond E. Blake
SBI # 377092 Pretrial #3
S C I    Rm #306
P.O. Box 500
Georgetown, DE. 19947



USA FIRST-CLASS FOREVER

Raymond E. Blake
581/#377092— Pretrial #3
SUSSEX CORRECTIONAL INSTITUTION
Rm # 306
PO BOX 500
GEORGETOWN, DE 19947-0500

WILMINGTON DE 3097

#5 AUG 2008 PM 2 L

Office of the clerk
United States District court
844 N. King street, Lockbox 18
Wilmington, Delaware 1980/-3570